```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERONICA MADDY, on behalf of herself and all others :
similarly situated,                                  :
                                                     :
                                Plaintiff,           :    1:22-cv-5970-GHW
                                                     :
                -against-                            :         ORDER
                                                     :
PERSONAL-TOUCH HOME CARE OF N.Y.,                    :
INC.,                                                :
                                                     :
                                Defendant.           :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022

GREGORY H. WOODS, United States District Judge:

In the Court's order dated July 14, 2022, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 6, 2022. The Court has not received those documents. The parties are directed to comply with the Court's July 14, 2022 order forthwith, and in no event later than October 11, 2022.

SO ORDERED.

Dated: October 7, 2022

_____
GREGORY H. WOODS
United States District Judge